# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, OCTOBER TERM, 1885.

Charles F. Rosso, Respondent, v. The Bank of Commerce and Edward W. Hayes, Appellants. — Order appealed from reversed, and motion to dissolve injunction granted, with ten dollars costs and disbursements, unless the plaintiff, within ten days, pays into court the amount of the judgment, including interest and costs, or in lieu thereof gives an undertaking as prescribed by section 618 of the Code. If such deposit is made or undertaking given, the order appealed from is affirmed, without costs to either party. Opinions by Haight, J., and Bradley, J.; Smith, P. J., and Barker, J., concur in the result.

John Lowrey, Respondent, v. John O. Spencer and others, Appellants. — Judgment and order affirmed. Opinion by Bradley, J.; dissenting opinion by Haight, J.; Barker, J., not voting.

Chauncey G. Starkweather, Respondent and Appellant, v. Charles W. Briggs and others, Appellants and Respondents. — Judgment reversed and new trial ordered, with the costs of this appeal to abide the event, unless the plaintiff stipulates, within twenty days, to deduct, as of the date of the report, $3,101.84 from the amount of the judgment. In that event the judgment be so modified, and as modified affirmed, without costs. Opinion by Bradley, J.; Smith, P. J., not voting.

The People of the State of New York, Respondent, v. Almond G. Sullivan, Appellant. — Judgment and conviction reversed and new trial ordered, and for that purpose the proceedings are remitted to the Court of Sessions of Ontario county. Opinion by Bradley, J.

Charles Robinson, Appellant, v. Addison R. Baldwin and others, Respondents, impleaded, etc. — Judgment reversed on a question of fact, and a new trial ordered, with costs to abide the event. Opinion by Smith, P. J.

Kate L. Rice, Appellant, v. Albert W. Rice, Respondent. — Judgment and order of the Special Term reversed, with costs of this appeal to the appellant. Memorandum by Haight, J.

Edward A. Milliman, Respondent, v. John Christgau, Appellant. — Judgment reversed on a question of fact, and a new trial ordered before another referee, with costs to abide the event. Opinion by Haight, J.

John G. Brendel, Appellant, v. Delos Brewer, Respondent. — Order affirmed, on the opinion of the county judge.

The Village of Silver Creek, Respondent, v. The Buffalo, New York and Philadelphia Railroad Company, and the New York Central and State Line Railroad Company, Appellants. — Judgment affirmed, with costs. Opinion by Haight, J.

George Wright, Jr., Appellant, v. Adgate Curtis, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Haight, J.

Eugene Brewster, as Executor, etc., Appellant, v. Spencer Carnes, Respondent, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Haight, J.; Smith, P. J., not voting.

George W. Wildrick, Appellant, v. Martin O'Donnell, Respondent. — Judgment of the County Court affirmed. Opinion by Haight, J.; Bradley, J., not sitting.

Horace B. Woodruff and others, Respondents, v. The Rochester and Pittsburg Railroad Company, Appellants. — Judgment affirmed. Opinion by Barker, J.; Haight, J., taking no part.

Bridget Cashen, Plaintiff, v. The City of Auburn and another, Defendants. — Motion for a new trial denied, and judgment ordered for plaintiff on the verdict. Opinion by Haight, J.

William B. Denio, Appellant, v. John W. Tuttle, as Executor, etc., Respondent. — Judgment affirmed, with costs. Opinion by Haight, J.

George A. Kyle, Plaintiff, v. Samuel K. Nester, Defendant. — Motion for new trial denied, and judgment ordered for plaintiff upon the verdict. Opinion by Haight, J.

Rowley H. Knapp, Respondent, v. Ira M. Deyo, Appellant. — Judgment affirmed. Opinion by Barker, J.; dissenting opinion by Haight, J.; Bradley, J., not voting.

Addison R. Baldwin, Respondent, v. Elmendorf Rood, Appellant. — Judgment and order reversed and a new trial ordered, with costs to abide event. Opinion by Haight, J.

Valentine Blatz, Appellant, v. Martha G. Potter, Respondent. — Order reversed and motion to vacate denied, with ten dollars costs and disbursements. Opinion by Bradley, J.

The People of the State of New York ex rel. Andrew J. Beswick, Appellant, v. William W. Houseman and others, as Commissioners, etc., Respondents. — Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.

In the Matter of the Application of the New York, Lake Erie and Western Railroad Company, Appellant, to acquire lands of Eben C. Sprague and others, Respondents. — Order appealed from modified by striking therefrom all after the word "either" in line two of the decretal part of said order as printed, to the end thereof, and inserting the following: "In this matter as it may be advised, and that, in default thereof, the proceedings shall be deemed abandoned by the petitioner, and on filing an affidavit showing such default, the landowners may enter an order, of course, to that effect, and requiring the petitioner to pay to the landowners their reasonable costs and expenses in the proceeding, to be ascertained by a referee to be appointed by the court at Special Term for that purpose." Neither party allowed costs of this appeal.

Hayden & Havens Company, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

Charles Carney, Respondent, v. Perry G. Wadhams, as Executor, etc., Appellant. — Judgment and orders appealed from reversed and new trial ordered, costs of the appeal to abide the final determination of costs. Opinion by Barker, J.

In the Matter of the Judicial Settlement of the Account of Edward F. De Lancey, as the executor of the last will and testament of Elizabeth C. De Lancey, deceased. — Decree of surrogate affirmed, with costs to the respondent. Opinion by Smith, P. J.

George H. Schroeder, Appellant, v. Anton Becker, Respondent. — Judgment and order affirmed. Opinion by Smith, P. J.

Da A. Acer, Respondent, v. Daniel L. Roberts, Appellant. — Judgment affirmed. Opinion by Barker, J.

Michael Carr, Respondent, v. The Security Insurance Company, Appellant. — Judgment affirmed. Opinion by Barker, J. (See opinion in Carr v. Providence Washington Insurance Company, reported, ante, p 86.)